■ GERALD SCHMITT, Appellant, v SANDRA SCHMITT, Respondent. (Appeal No. 2.) [966 NYS2d 726]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered May 11, 2012 in a divorce action. The order denied plaintiff's posttrial motion to set aside certain parts of a judgment entered February 22, 2012 and directed counsel for plaintiff to satisfy a judgment filed on January 17, 2012 with respect to attorney's fees of defendant from plaintiff's share of proceeds of the sale of the marital residence, which was held in the attorney trust account of plaintiff's attorney.

■ GERALD SCHMITT, Appellant, v SANDRA SCHMITT, Respondent. (Appeal No. 3.) [966 NYS2d 707]—Appeal from a judgment of

the Supreme Court, Erie County (John F. O'Donnell, J.), entered July 13, 2012 in a divorce action. The judgment granted defendant's attorney a default money judgment of $7,250.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5511; *Johnson v McFadden Ford*, 278 AD2d 907 [2000]). Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.